# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY LEE WILLIAMS,<br><br>             Petitioner,<br><br>   v.<br><br>M.D. McDONALD,<br><br>             Respondent. | 1:10-cv-01219-DLB (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR STAY AND ABEYANCE<br><br>[Doc. 3] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 23, 2010, Petitioner filed the instant petition for writ of habeas corpus, along with a motion to stay and hold the petition in abeyance and motion for appointment of counsel, in the United States District Court for the Eastern District of California, Sacramento Division. The action was transferred to this Court on July 7, 2010.

In his motion for stay and abeyance, it appears that Petitioner is requesting that time be extended while the action is pending in this Court and until Respondent has filed an answer to the petition. The Court cannot grant a stay of the petition for such purposes. See Duncan v. Walker, 533 U.S. 167, 172 (2001) (federal petition for writ of habeas corpus does not serve to statutory toll the limitations period). Accordingly, Petitioner's motion for stay and abeyance must be DENIED.

IT IS SO ORDERED.

Dated:   **August 4, 2010**          **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

1